## HAMILTON et al. v. CHERRY.

No. 10464—Opinion Filed Jan. 24, 1922.

24, 1922.

(Syllabus.)

**Appeal and Error—Dismissal—Stipulations.**

Where all the plaintiffs in error, except one, have stipulated to dismiss their appeal, and that one has failed to file brief as required by rule 7 of this court, the appeal will be dismissed.

Error from District Court, Greer County; Thomas A. Edwards, Judge.

Action by G. P. Cherry against C. P. Hamilton and others. Judgment for plaintiff, and defendants bring error. Dismissed.

Keaton, Wells & Johnson and Percy Powers, for plaintiffs in error.

A. M. Stewart and H. M. Thacker, for defendant in error.

NICHOLSON, J. This action was instituted in the district court of Greer county, by the defendant in error, as plaintiff, against the plaintiffs in error, as defendants. Judgment was there rendered in favor of the plaintiff, to reverse which the defendants have brought the case to this court by petition in error.

A stipulation has been filed by all of the plaintiffs in error, except R. P. Wright, and the defendant in error to dismiss this appeal. The plaintiff in error R. P. Wright has failed to file brief as required by rule 7 of this court (47 Okla. vi); therefore, under the circumstances, the appeal is dismissed.

PITCHFORD, V. C. J., and KANE, JOHNSON, McNEILL, and ELTING, JJ., concur.